AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Jeffrey Dimmig USAO 26-003)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>Carlos Rivera-Smith<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  26-mj-68<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 30, 2024  in the county of  Berks  in the
Eastern  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e) | Manufacture and attempted manufacture of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

/s/ Joseph Snell
*Complainant's signature*

Joseph Snell HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:

City and state:  Allentown PA

PAMELA A. CARLOS
Digitally signed by PAMELA A. CARLOS
Date: 2026.01.13 12:41:31 -05'00'
*Judge's signature*

Hon. Pamela A. Carlos, U.S. Magistrate Judge
*Printed name and title*